## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                   Case No.: 1:19–cr–00001
                                                    Honorable Sheila M. Finnegan

Edward M. Burke

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: In light of defendant Edward Burke's waiver of preliminary hearing [17], the Court enters a finding of probable cause and orders the defendant bound to the District Court for further proceedings. Preliminary examination hearing set on 1/18/2019 is cancelled. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.